**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**BARBARA FAYE LOVING,**
       **Plaintiff,**

                                      **CASE NO: 3:13-CV-0847-N-BK**

**v.**

**FEDERAL NATIONAL MORTGAGE
ASSOCIATION A/K/A FANNIE MAE,**
     **Defendant.**

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's *Motion to Dismiss* (Doc. 6) is **GRANTED**, and the complaint is **DISMISSED WITH PREJUDICE**. Defendant's *Motion to Transfer Case to Hon. Jorge A. Solis* (Doc. 5) is **DENIED**.

The Court **CERTIFIES** that, in the event Plaintiff seeks leave to proceed *in forma pauperis*, any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

SO ORDERED this 29th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE